IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHAUN ANTONUCCI and JULIE ANTONUCCI, <br><br> Plaintiffs, <br><br> vs. <br><br> MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE CO.; DEEANN CRANMORE; and JOHN DOES 1-10, <br><br> Defendants. | CV 21–001–M–DLC <br><br><br> ORDER |

Before the Court is Plaintiffs' Unopposed Motion for Remand. (Doc. 10.) In view of the thorough—and unobjected-to—analysis set out in Plaintiffs' brief (Doc. 11), good cause supports the motion.

Accordingly, IT IS ORDERED that the motion (Doc. 10) is GRANTED. This case is REMANDED to Montana's Twenty-First Judicial District Court in and for Ravalli County.

IT IS FURTHER ORDERED that the preliminary pretrial conference set for March 12, 2021 and all associated deadlines are VACATED. (*See* Doc. 7.)

DATED this 2nd day of February, 2021.

_____
Dana L. Christensen, District Judge
United States District Court